**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION**

**THE CITY OF STAMPS, ARKANSAS**                                         **PLAINTIFF**

        **v.**                          Civil No. 05-1049

**ALCOA, INC.; ALUMAX ALUMINUM
CORPORATION; ALUMAX, INC.;
ATLANTIC COAST RECYCLING, INC.;
COMMERCIAL ALLOYS CORPORATION;
METAL EXCHANGE CORPORATION;
SERVICE ALUMINUM CORPORATION;
WABASH ALLOYS, L.L.C.; COMMERCIAL
METALS COMPANY; L & S METALS AND
PROCESSING, INC.; NEWCO METALS, INC.;
OMNISOURCE CORPORATION; REYNOLDS
METALS COMPANY a/k/a REYNOLDS
ALUMINUM RECYCLING COMPANY;
SHAPIRO SALES COMPANY; TENNESSEE
ALUMINUM PROCESSORS, INC.; and
TEXAS SCRAP & SALVAGE, INC. d/b/a
DELTA ALUMINUM PROCESSORS**                      **DEFENDANTS**

        **v.**

**ARKANSAS DEPARTMENT OF ENVIRONMENTAL
QUALITY; ARKANSAS COMMISSIONER OF
STATE LANDS; ARKANSAS STATE LAND
OFFICE**                                                                **NECESSARY PARTIES**

### O R D E R

Now on this 16th day of August, 2005, comes on for consideration **Separate Necessary Party Defendant Arkansas Department Of Environmental Quality's Motion To Dismiss** (document #19), and the Court, noting that plaintiff concedes that dismissal is appropriate as to not only Arkansas Department of Environmental Quality, but also Arkansas Commissioner of State Lands and Arkansas State Land Office, finds that said motion should be, and

same hereby is, **granted,** and plaintiff's claims against Arkansas Department of Environmental Quality, Arkansas Commissioner of State Lands, and Arkansas State Land Office are hereby **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                               **/s/ Jimm Larry Hendren**
                                               **JIMM LARRY HENDREN**
                                               **UNITED STATES DISTRICT JUDGE**