**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

**THE CITY OF STAMPS, ARKANSAS**                                     **PLAINTIFF**

          **v.**                Civil No. 05-1049

**ALCOA, INC.; ALUMAX ALUMINUM
CORPORATION; ALUMAX, INC.;
ATLANTIC COAST RECYCLING, INC.;
COMMERCIAL ALLOYS CORPORATION;
METAL EXCHANGE CORPORATION;
SERVICE ALUMINUM CORPORATION;
WABASH ALLOYS, L.L.C.; COMMERCIAL
METALS COMPANY; L & S METALS AND
PROCESSING, INC.; NEWCO METALS, INC.;
OMNISOURCE CORPORATION; REYNOLDS
METALS COMPANY a/k/a REYNOLDS
ALUMINUM RECYCLING COMPANY;
SHAPIRO SALES COMPANY; TENNESSEE
ALUMINUM PROCESSORS, INC.; and
TEXAS SCRAP & SALVAGE, INC. d/b/a
DELTA ALUMINUM PROCESSORS**                                          **DEFENDANTS**

## O R D E R

Now on this 14th day of February, 2006, comes on for consideration the **Motion To Dismiss Of Tennessee Aluminum Processors, Inc. And L&S Metals Processing, Inc.** (document #30). To the extent that this motion seeks dismissal on the basis of a failure to assert facts showing diversity jurisdiction, it has been mooted by the filing of the First Amended Complaint. To the extent that it seeks dismissal for failure to join indispensable parties, it has been refiled subsequent to the filing of the First Amended Complaint. The Court, therefore, finds that the motion here under consideration should be, and same hereby is, **denied as moot.** This Order does not, however, imply any decision on the

subsequently-filed motion to dismiss of these parties.

**IT IS SO ORDERED.**

    **/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**