```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                      EL DORADO DIVISION
```

**THE CITY OF STAMPS, ARKANSAS**                                    PLAINTIFF

         v.         Civil No. 05-1049

**ALCOA, INC.; ALUMAX ALUMINUM
CORPORATION; ALUMAX, INC.;
ATLANTIC COAST RECYCLING, INC.;
COMMERCIAL ALLOYS CORPORATION;
METAL EXCHANGE CORPORATION;
SERVICE ALUMINUM CORPORATION;
WABASH ALLOYS, L.L.C.; COMMERCIAL
METALS COMPANY; L & S METALS AND
PROCESSING, INC.; NEWCO METALS, INC.;
OMNISOURCE CORPORATION; REYNOLDS
METALS COMPANY a/k/a REYNOLDS
ALUMINUM RECYCLING COMPANY;
SHAPIRO SALES COMPANY; TENNESSEE
ALUMINUM PROCESSORS, INC.; and
TEXAS SCRAP & SALVAGE, INC. d/b/a
DELTA ALUMINUM PROCESSORS**                                        DEFENDANTS

### **O R D E R**

Now on this 14th day of February, 2006, come on for consideration the following motions:

    \*   **Defendant Shapiro Sales Company's Motion To Dismiss** (document #38);

    \*   **Separate Defendant Metal Exchange Corporation's Motion To Dismiss** (document #45);

    \*   **Defendant Commercial Metals Company's Motion To Dismiss** (document #49);

    \*   **Defendant Omnisource Corporation's Joinder In Defendant Shapiro Sales Company's Motion To Dismiss** (document #54); and

*    **Defendant Atlantic Coast Recycling, Inc.'s Joinder In Defendant Shapiro Sales Company's Motion To Dismiss** (document #58),

and the Court, noting that the pleading deficiencies upon which all these motions urge dismissal were cured by the filing of the First Amended Complaint, finds that said motions should be, and same hereby are, **denied as moot.**

   **IT IS SO ORDERED.**

                                       /s/ Jimm Larry Hendren
                                      **JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**