IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CITY OF STAMPS, ARKANSAS `  PLAINTIFF

vs.  Civil No. 05-1049

ALCOA INC., ET AL  DEFENDANTS

## CLERK'S ORDER OF DISMISSAL

On this __30th__ day of August _, 2006, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


by: /s/ Carol Nesbit
       Deputy Clerk